# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1256

_____

| | | |
|---|---|---|
| Elmer C. Oberhellmann, a trustee of an ERISA defined benefit pension plan, | * * * | |
| Appellant, | * * * | Appeal from the United States District Court for the |
| v. | * * | Eastern District of Missouri. |
| Kristin Petersen Oberhellmann, a trustee and fiduciary of the ERISA defined benefit pension plan, | * * * * * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: January 11, 2001
Filed: January 19, 2001

_____

Before RICHARD S. ARNOLD and BOWMAN, Circuit Judges, and KYLE,[1] District
    Judge.

_____

PER CURIAM.

_____

[1]The Honorable Richard H. Kyle, United States District Judge for the District
of Minnesota, sitting by designation.

The District Court[2] dismissed plaintiff Elmer C. Oberhellmann's lawsuit with prejudice as a sanction for plaintiff's repeated, knowing failure to adhere to the Federal Rules of Civil Procedure. Plaintiff appeals. Having reviewed the case, we are thoroughly satisfied the District Court did not abuse its discretion in dismissing plaintiff's case with prejudice. Accordingly, we affirm.

AFFIRMED. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[2]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

-2-